**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **KATHERINE ANABEL MOPOSITA MOPOCITA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-171-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On February 13, 2026, the Court ordered Respondents to release Katherine Anabel Moposita Mopocita from custody, under reasonable conditions of supervision, and to file notice of her release by February 17. Feb. 12, 2026, Order 5, ECF No. 9. On February 17, Respondents filed a Status Report, ECF No. 10, stating that "Petitioner is scheduled to be released from custody today." They have not, however, informed the Court whether Mopocita has in fact been released from custody in compliance with the Court's Order. *See generally id.*

Accordingly, the Court **ORDERS** that Respondents shall **FILE** notice stating whether Mopocita has been released **by no later than February 19, 2026**.

The Court is cognizant of the potential confusion engendered by the intervening Fifth Circuit decision in *Buenrostro-Mendez*. But going forward, Respondents are **CAUTIONED** that informing the Court that release has been recommended to Respondents by counsel or promised by Respondents is insufficient to comply with an order requiring release and notice of release by a date certain.

**SO ORDERED**.

**SIGNED this 18th day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE