**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **KATHERINE ANABEL MOPOSITA MOPOCITA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-171-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On February 13, 2026, the Court ordered Respondents to release Katherine Anabel Moposita Mopocita from custody, under reasonable conditions of supervision, and to file notice of her release by February 17. Feb. 13, 2026, Order 5, ECF No. 9. On February 17, Respondents filed a Status Report, ECF No. 10, stating that "Petitioner is scheduled to be released from custody today."

The Court thus ordered Respondents to file notice the following day stating whether Mopocita had in fact been released. Feb. 18, 2026, Order 1, ECF No. 11. Respondents now inform the Court that "Petitioner was released from custody [on] February 17, 2026." 2d. Status Report, ECF No. 12.

It appears that the only remaining matter to be resolved in this case is Mopocita's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 28, ECF No. 1; *see generally* Feb. 18, 2026, Order; Feb. 13, 2026, Order; Feb. 4, 2026, Order, ECF No. 4. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent Mopocita wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

**SIGNED** this 20th day of February, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE